1  ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
2  Email: Robert.Freeman@lewisbrisbois.com
   PAMELA L. MCGAHA, ESQ.
3  Nevada Bar No. 008181
   Email: Pamela.McGaha@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7  *USAA CASUALTY INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation; and DOES I -V,<br><br>Defendants. | CASE NO. 3:16-cv-00506-HDM-VPC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and among Plaintiff LISA SMITH and Defendant USAA CASUALTY INSURANCE COMPANY ("USAA CIC") by and through their respective counsel of record, that all of the claims and causes of action contained in the above-entitled action Case 3:16-cv-00506-HDM-VPC, shall be dismissed in their entirety,

. . .

. . .

. . .

4826-8891-2199.1

with prejudice, each party to bear their own attorneys fees and costs.

DATED this 25 day of May, 2017.

LEWIS BRISBOIS BISGAARD & SMITH

_____
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Pamela L. McGaha, Esq.
Nevada Bar No. 8181
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
United Services Automobile
Association Casualty Insurance
Company

DATED this 25 day of May, 2017.

KILPATRICK, ADLER & BULLENTINI

_____
Charles M. Kilpatrick, Esq.
Nevada Bar No. 275
412 North Division Street
Carson City, Nevada 89703
Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

DATED this 1st day of June, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE